PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
### Western District of Texas

**Report on Offender Under Supervision**

Name of Offender:  Sean Yadon                                  Case Number: A-19-CR-0004-LY(3)

Name of Sentencing Judicial Officer:  Honorable Lee Yeakel, U.S. District Judge

Date of Original Sentence:  September 19, 2019

Original Offense:  Conspiracy to Possess with Intent to Distribute a Controlled Substance-Synthetic Cannabinoids, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C).

Original Sentence:  Sentenced to thirty-six (36) months' custody to the Bureau of Prisons, followed by three (3) years of supervised release. Special conditions to include: substance abuse treatment; mental health treatment; search; and $100 special assessment fee (satisfied).

Type of Supervision:  Supervised Release            Date Supervision Commenced:  August 18, 2021

Assistant U.S. Attorney:  Gabriel Cohen            Defense Attorney:  Bristol Myers- appointed

---

## PREVIOUS COURT ACTION

None.

## NONCOMPLIANCE SUMMARY

**Violation of Mandatory Condition No 3:**  "The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court), but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant.

**Nature of Non-compliance:** On October 6, 2022, the defendant submitted to a random drug test. Said test returned positive for marijuana from the lab.

Sean Yadon
Report on Offender Under Supervision
Page 2

**U.S. Probation Officer Action:** The defendant has been on supervision for approximately 14 months, and this is his first violation. The defendant disclosed that he had purchased a vape pen that contained CBD at a gas station. He reported he was unaware that a CBD product could test positive for marijuana and thought they were legal because it was purchased at a gas station. The defendant was verbally admonished and instructed to cease all use of vape pens/vape products that contained CBD.  He will be required to submit to random drug testing. It is requested that no action be taken at this time to allow the defendant to regain compliance. Should he incur further violations, the Court will be notified immediately.

Respectfully submitted,

Nickalous D. Wisner
United States Probation Officer
Date: 10/17/2022

Approved:

Hector J. Garcia, Supervising
United States Probation Officer

_____

**THE COURT ORDERS:**

[✓] No Action

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

Honorable Susan Hightower
United States Magistrate Judge

Date:  October 18, 2022